[No. 71042-7-I.   Division One.   October 20, 2014.]

RADIANCE CAPITAL, LLC, *Respondent*, v. NICHOLAS W. BARTZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-07861-1, Jay V. White, J., entered October 4, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Verellen and Trickey, JJ.

[No. 71664-6-I.   Division One.   October 20, 2014.]

TRACY HELM ET AL., *Appellants*, v. THE DEPARTMENT OF TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-02582-4, Chris Wickham, J., entered March 29, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Trickey, JJ.

[No. 71667-1-I.   Division One.   October 20, 2014.]

P.L. ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00680-3, Chris Wickham, J., entered August 30, 2013. *Reversed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 71888-6-I.   Division One.   October 20, 2014.]

*In the Matter of the Personal Restraint of* RICHARD LEE SCALES, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.